# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

Debtor: _____     Applicant: _____

Case No.: _____     Client: _____

Chapter: _____     Case Filed: _____

## SECTION 1
## FEE SUMMARY

☐ Interim Fee Application No. _____ or ☐ Final Fee Application

|                                      | FEES             | EXPENSES          |
|--------------------------------------|------------------|-------------------|
| Total Previous Fee Requested:        | $ _____ | $ _____ |
| Total Fees Allowed To Date:          | $ _____ | $ _____ |
| Total Retainer (If Applicable)       | $ _____ | $ _____ |
| Total Holdback (If Applicable)       | $ _____ | $ _____ |
| Total Received By Applicant          | $ _____ | $ _____ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|------------------------------|--------------------------------------------------|-------|------|-----|
| 1.                           |                                                  |       |      |     |
| 2.                           |                                                  |       |      |     |
| 3.                           |                                                  |       |      |     |
| 4.                           |                                                  |       |      |     |
| 5.                           |                                                  |       |      |     |
| 6.                           |                                                  |       |      |     |
| 7.                           |                                                  |       |      |     |

Fee Totals: _____

Disbursements Totals: _____

Total Fee Application _____

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **a)  Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| **b)  Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| **c)  Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| **d)  Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| **e)  Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | | |
| **f)  Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| **g)  Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| **h)  Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| **i)  Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| **j)  Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| **k)  Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| **l)  Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| **m)  Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| **SERVICE TOTALS:** | | |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | |

I certify under penalty of perjury that the above is true.


Date: _____          _____
                                                 Signature

*rev. 10/1/15*