# MAUREEN P. STEADY, CHAPTER 7 TRUSTEE
2 Kings Highway West, Suite 102
Haddonfield, NJ  08033
(856) 428-1060

December 7, 2023

Margaret McGettigan
Supervisor of Case Administration
Clerk, US Bankruptcy Court
District of New Jersey
PO Box 2067
Camden, NJ   08101

      RE:    22-17316
               Suzzan M Heisler

Dear Ms. McGettigan:

      I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I may proceed to finalize my report and include fees, if any, due the Court. Thank you.

                                          Very truly yours,

                                          /s/ *Maureen P. Steady*
                                          Chapter 7 Bankruptcy Trustee

MPS:ceg