UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:

Suzzan M Heisler

Case No. 22-17316

Debtor.

## APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on <u>August 30, 2023</u>.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of <u>$6,855.00</u> for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of <u>$21.00</u> for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $<u>72,100.00</u>. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 4,500.00 |
| 5% on next | $ 950,000 | = | $ 1,105.00 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 6,855.00 |

7. TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| DISTRIBUTION | $ $21.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $<u>6,855.00</u> and reimbursement of expenses in the amount of $<u>21.00</u>. The requested compensation is to be split with the former Chapter 7 Trustee, Andrew Finberg, with $6,605.00 paid to the former Trustee and $250.00 in commissions to be paid to the Applicant. Requested expenses are requested by and will be paid to Applicant.

Dated:   December 12, 2023          /s/ Maureen P. Steady
                                    Maureen P. Steady
                                    Trustee